■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE BURRELL, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Appeal from application for writ of habeas corpus which was denied on the grounds the court was without jurisdiction. The basis of the application concerned petitioner's inability to perfect his original appeal as he was unable to obtain a copy of the stenographic minutes of his trial. Habeas corpus is not the proper remedy for the relief sought. Order unanimously affirmed. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.